UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JEANNIE MCKINNON,<br><br>        Plaintiff(s),<br><br>vs.<br><br>SEATTLE SERVICE BUREAU INC.,<br><br>        Defendant(s). | Case No. 2:14-cv-01366-APG-NJK<br><br>ORDER DENYING DISCOVERY PLAN<br><br>(Docket No. 11) |

      Pending before the Court is the parties' proposed discovery plan. *See* Docket No. 11. The Local Rules provide a presumptively reasonable discovery period of 180 days beginning from the defendant's first appearance in the case. *See* Local Rule 26-1(e)(1). The discovery plan states that it provides a 180-day discovery period, *see* Docket No. 11 at 2, but the discovery period provided with the proposed discovery cut-off is actually 214 days. Accordingly, the discovery plan is hereby DENIED without prejudice. The parties are ORDERED to submit a new discovery plan that complies with the Local Rules no later than November 14, 2014.

      IT IS SO ORDERED.

      DATED: November 12, 2014

                                          _____<br>
                                          NANCY J. KOPPE<br>
                                          United States Magistrate Judge